UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-CR-00092-RCJ-VPC |
| Plaintiff, | PROPOSED ORDER FOR DISMISSAL |
| v. | |
| JOHN VINCENT MANFRINA, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on September 11, 2013, against JOHN VINCENT MANFRINA, Defendant herein.

This dismissal is warranted due to the Defendant's plea to the Superseding Information, filed on February 14, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
MEGAN RACHOW
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: April 4, 2014.

_____
HONORABLE ROBERT C. JONES
United States District Judge

1